IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROSE ADANMA DURU, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | No. 3:15-cv-1884-B-BN |
| | § | |
| STATE OF GEORGIA, ET AL. | § | |
| | § | |
| Defendants. | § | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions, and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions, and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions, and Recommendation of the United States Magistrate Judge.

Although the Court has determined that Plaintiff does not qualify to proceed *in forma pauperis*, and although Plaintiff has paid the full filing fee in a timely manner, this case is re-referred to Magistrate Judge Horan for further screening – in particular, to determine whether this case should be transferred to another judicial district.

**SO ORDERED.**

DATED: JULY 15, 2015

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE